UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PRECIOUS SHEPHARD, URSULA WARD, KAREN WASHINGTON, SHERYL WALLIS, GLENN PICOU, LATOYA SHEPHARD, PATRICIA HOWARD, BRITTANY TYLER, DERINESHA WILLIAMS, DEJA ALLEN, EFFIE WALLIS, LERTRELLE RAY, and SENATOR CIRCLE RESIDENT COUNCIL,

    Plaintiffs,

v.

HOUMA TERREBONNE HOUSING AUTHORITY,

    Defendant.

Docket No. 2:22-cv-00498

Section P(4)

## ORDER

Considering the foregoing Motion and Incorporated Memorandum to Withdraw their Motion for Partial Summary Judgment as to their Fifth Cause of Action Only (Record Document 88),

IT IS ORDERED, ADJUDGED AND DECREED that the Motion to Withdraw is GRANTED. The portion of Plaintiffs' Motion for Partial Summary Judgment pertaining to Plaintiffs' fifth cause of action is withdrawn. The Portion of Plaintiffs' Motion for Partial Summary Judgment pertaining to Plaintiffs' fourth cause of action remains pending before this Court.

Signed this 13th day of September 2023 in New Orleans, Louisiana.

DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE